THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
W. T. Prince,       
Appellant.
 
 
 

Appeal From Florence County
B. Hicks Harwell, Jr., Circuit Court 
 Judge

Unpublished Opinion No. 2004-UP-071
Submitted November 19, 2003  Filed February 11, 2004 

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Tara S. Taggart, of Columbia, 
 for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Charles H. Richardson, 
 of Columbia, and Solicitor Edgar Lewis Clements, III, of Florence, for Respondent.
 
 
 

PER CURIAM:  W. T. Prince pled guilty to 
 burglary in the 2nd degree.  The trial court sentenced him to 15 
 years imprisonment suspended upon the service of 5 years, with credit for time 
 served.  His counsel attached to the final brief a petition to be relieved as 
 counsel stating she had reviewed the record and concluded the appeal lacked 
 merit.  Prince did not file a pro se response.
We dismiss pursuant to Anders v. California, 
 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 
 (1991), we hold there are no directly appealable issues that are arguable on 
 their merits.  Accordingly, we dismiss Princes appeal and grant counsels petition 
 to be relieved.
APPEAL DISMISSED.
HUFF, STILWELL, and BEATTY, JJ., concur.